**No. 66510.**—Castelazo & Associates, a/c The Westbrass Co. v. United States, protest 59/9863 (Los Angeles).

Opinion by LAWRENCE, J.   At the trial, it was stipulated that the merchandise which was short landed was valued at $504.09. The collector was directed to reliquidate the entry and make allowance for the short shipment.

**No. 66511.**—Globe Importing Company v. United States, protest 59/21687 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of brass water mixers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (47 C.C.P.A. 129, C.A.D. 744), the claim of the plaintiff was sustained.

**No. 66512.**—Dan Brechner & Co. v. United States, protests 60/164 and 60/5003 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of miniature pocketknives similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.